■ PATRICIA KENNELLY, Also Known as CLEOPATRA KENNELLY, as Administratrix of the Estate of JOHN J. KENNELLY, Deceased, Respondent-Appellant, v HIGHLAND HOSPITAL, Appellant-Respondent, and BENJAMIN S. RHEE et al., Respondents-Appellants.—Two orders of the Supreme Court, Westchester County, dated January 17, 1984 and June 11, 1984, respectively, affirmed, without costs or disbursements, for reasons stated in the decisions of Justice Stolarik at Special Term. Lazer, J. P., Bracken, Niehoff and Kooper, JJ., concur.